UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA ERIE DIVISION

| | |
|---|---|
| Beverly Tercho, ) | Civil Action No. 05-176E |
| Executrix of the Estate of John Tercho ) | FTCA Action |
| Plaintiff ) | |
| v. ) | |
| United States of America, ) | |
| Defendant ) | |

## PLAINTIFF'S REPORT PURSUANT TO F.R. Civ. P. 26(f)

NOW COMES the Plaintiff, Beverly Tercho, Executrix of the Estate of John Tercho, by her attorney, David L. Hunter, pursuant to F.R. Civ. P. 26(f) submits the following report of the Discovery Planning Conference regarding the above captioned matter:

1. The parties agreed to submit the initial disclosures required by F. R. Civ. P. 26(a) within twenty-one (21) days of the date of the conference, or by October 21, 2005.

2. The parties agreed to expand the permitted number of Interrogatories and Requests for Production of Documents to seventy-five (75) Interrogatories, including sub-parts.

3. The parties agree that the Discovery period be limited to one hundred twenty (120) days and that, if problems in locating witnesses or securing their appearance for discovery depositions materialize, that a request for an extension be submitted to the Court.

4. The parties agree to request the scheduling of dispositive motions, pre-trial narratives and pre-trial Conferences in accordance with the custom of the Court.

WHEREFORE, Plaintiff respectfully submits the foregoing Report of Rule 26(f) conference.

Respectfully submitted,

_____
David L. Hunter, Esq.
Attorney for Plaintiff
821 State Street
Erie, Pennsylvania 16501
(814) 452-4473
PA I.D. # 40363

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA ERIE DIVISION

| | | |
|---|---|---|
| Beverly Tercho, | ) | Civil Action No. 05-176E |
| Executrix of the Estate of John Tercho | ) | FTCA Action |
|     Plaintiff | ) | |
|       v. | ) | |
| United States of America, | ) | |
|     Defendant | ) | |

**CERTIFICATE OF SERVICE**

I, David L. Hunter, Esq., hereby certify that on the 16th day of September, 2005, I served a true copy of the foregoing Plaintiff's Report Pursuant to F.R. Civ. P. 26(f), upon the person and in the manner indicated below:

By Electronic Service to:

Michael C. Colville, Esq.
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
michael.colville@usdoj.gov

                                          Respectfully submitted,

                                          _____
                                          David L. Hunter, Esq.
                                          Attorney for Plaintiff
                                          821 State Street
                                          Erie, Pennsylvania 16501
                                          (814) 452-4473
                                          PA I.D. # 40363