IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Beverly Tercho, | ) | Civil Action No. 05-176E |
| Executrix of the Estate of | ) | FTCA Action |
| John Tercho, | ) | |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| United States of America, | ) | |
|     Defendant | ) | |

## CERTIFICATE OF MERIT

I, David L. Hunter, Esquire, certify that:

[X] An appropriate licensed professional has supplied a written statement to the undersigned that there is a basis to conclude that the care, skill or knowledge exercised or exhibited by this Defendant in the treatment, practice or work that is the subject of the complaint, fell outside acceptable professional standards and that such conduct was a cause in bringing about the harm.

Date:   November 14, 2005                           s/   David L. Hunter, Esquire
                                                          Attorney for Plaintiff

cc:  All counsel of record.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA ERIE DIVISION

| | | |
|---|---|---|
| Beverly Tercho, | ) | Civil Action No. 05-176E |
| Executrix of the Estate of John Tercho | ) | FTCA Action |
| Plaintiff | ) | |
| v. | ) | |
| United States of America, | ) | |
| Defendant | ) | |

**CERTIFICATE OF SERVICE**

      I, David L. Hunter, Esq., hereby certify that on the 14th day of November, 2005, I served a true copy of the foregoing Certificate of Merit Pursuant to F.R. Civ. P. 26(f), upon the person and in the manner indicated below:

By Electronic Service to:

Michael C. Colville, Esq.
Assistant U.S. Attorney
Western District of PA
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
michael.colville@usdoj.gov

      Respectfully submitted,

s/ David L. Hunter, Esquire
Attorney for Plaintiff
821 State Street
Erie, Pennsylvania 16501
(814) 452-4473
PA I.D. # 40363