IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY TERCHO,                )<br>    Plaintiff,                              )<br>                                                  )<br>Vs.                                              )<br>                                                  )<br>THE UNITED STATES OF AMERICA, )<br>    Defendant.                           ) | Civil Action No. 05-176 Erie |

**O R D E R**

AND NOW, to with, this 4th day of January, 2006, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed.  The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation.  It appears no further action is required by the Court at this time.

          S/Sean J. McLaughlin
          Sean J. McLaughlin
          United States District Judge

cc: all parties of record. nk