IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEVERLY TERCHO, EXECUTRIX OF THE ESTATE OF JOHN TERCHO,  )<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL ACTION NO. 05-176E<br><br>JUDGE McLAUGHLIN<br>MAGISTRATE JUDGE BAXTER<br><br>*(Electronic Filing)* |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

_____
DAVID L. HUNTER, ESQUIRE
Attorney for Plaintiff

s/Michael C. Colville
_____
MICHAEL C. COLVILLE
ASSISTANT U.S. ATTORNEY
Attorney for Defendant
United States of America

AND NOW, to wit, this _____ day of _____, 2006, it is so ORDERED.

_____
UNITED STATES DISTRICT JUDGE