IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BEVERLY TERCHO, EXECUTRIX )
OF THE ESTATE OF JOHN TERCHO, )
)
    Plaintiff, )    CIVIL ACTION NO. 05-176E
)
    v. )    JUDGE McLAUGHLIN
)    MAGISTRATE JUDGE BAXTER
UNITED STATES OF AMERICA, )
)    *(Electronic Filing)*
    Defendant. )

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed to by and between the respective parties that the above-captioned case be dismissed with prejudice, each party to bear their own costs, and the Court may enter an Order accordingly, notice by the Clerk being hereby waived.

_____    s/Michael C. Colville
DAVID L. HUNTER, ESQUIRE    MICHAEL C. COLVILLE
Attorney for Plaintiff    ASSISTANT U.S. ATTORNEY
    Attorney for Defendant
    United States of America

AND NOW, to wit, this _____ day of _____, 2006, it is so ORDERED.

_____
UNITED STATES DISTRICT JUDGE